**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Rivera v. Divris
_____

_____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

| | | |
|---|---|---|
| ☐ | I. | 160, 400, 410, 441, 535, 830*, 835*, 850, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT. |
| ☐ | II. | 110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899. |
| ☑ | III. | 120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950. |

*Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                                             YES ☐     NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

                                                                              YES ☐     NO ☑

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                                              YES ☐     NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                                  YES ☐     NO ☑

7. Do **all** of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                                         YES ☑     NO ☐

    A. If yes, in which division do **all** of the non-governmental parties reside?

        Eastern Division ☐     Central Division ☐     Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                                                  YES ☐     NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Ira Alkalay _____

ADDRESS PO Box N-51 Westport, MA 02790 _____

TELEPHONE NO. (617) 775-4431 _____

(CategoryForm1-2019.wpd )

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| Rafael Rivera | ) | |
| _Plaintiff/Petitioner_ | ) | |
| v. | ) | Civil Action No. |
| Matthew Divris | ) | |
| _Defendant/Respondent_ | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____ NCCI Gardner _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:


My gross pay or wages are:  $ ___ _10.50_ ___ , and my take-home pay or wages are:  $ ___ _1.50_ ___ per

_(specify pay period)_ ___ _DAily_ ___ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

4. Amount of money that I have in cash or in a checking or savings account:  $ _268.90_ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:  NO

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:  NO

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:  NO

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:  NO

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  _10/15/20_

_____
*Applicant's signature*

RAFAEL RIVERA
*Printed name*

| Print | Save As... | Add Attachment | Reset |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20201013 14:04

Page : 1

| Commit# : | W107697 | | | | | NCCI GARDNER | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | RIVERA, RAFAEL, J, | | | | Statement From | 20200401 | | | |
| Inst : | NCCI GARDNER | | | | To | 20201013 | | | |
| Block : | A BUILDING 2 | | | | | | | | |
| Cell/Bed : | N24 A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Period : | $8,189.81 | $8,117.65 | $981.53 | $157.24 |
| 20200401 20:01 | PY - Payroll | 37294802 | | GAR | ~20200315 To 20200321 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200401 20:01 | PY - Payroll | 37294803 | | GAR | ~20200315 To 20200321 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200401 22:30 | CN - Canteen | 37297734 | | GAR | ~Canteen Date : 20200401 | $0.00 | $19.80 | $0.00 | $0.00 |
| 20200403 12:00 | EX - External Disbursement | 37303399 | 82981 | GAR | ~Write a Prisoner.com | $0.00 | $50.00 | $0.00 | $0.00 |
| 20200403 12:00 | MA - Maintenance and Administration | 37303401 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20200406 23:05 | AD - Automated Deposit | 37310262 | | GAR | ~TORRES - GUZMAN MABEL ENID,3700 Gulf Colony Ln 20-E,Little River,SC,29566 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20200408 20:01 | PY - Payroll | 37319011 | | GAR | ~20200322 To 20200328 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200408 20:01 | PY - Payroll | 37319012 | | GAR | ~20200322 To 20200328 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200408 22:30 | CN - Canteen | 37321850 | | GAR | ~Canteen Date : 20200408 | $0.00 | $21.00 | $0.00 | $0.00 |
| 20200409 23:05 | AD - Automated Deposit | 37326817 | | GAR | ~Beshai Lindsey Marie,32 Edgeworth St,Worcester,MA,01605 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20200413 15:03 | IS - Interest | 37337654 | | GAR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20200413 15:03 | IS - Interest | 37337655 | | GAR | | $0.00 | $0.00 | $0.53 | $0.00 |
| 20200413 23:05 | AD - Automated Deposit | 37346128 | | GAR | ~GUZMAN MABEL,160 HARVEST MOON DR,LONGS,SC,29568 | $40.00 | $0.00 | $0.00 | $0.00 |
| 20200415 20:02 | PY - Payroll | 37354004 | | GAR | ~20200329 To 20200404 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200415 20:02 | PY - Payroll | 37354005 | | GAR | ~20200329 To 20200404 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200415 22:30 | CN - Canteen | 37356516 | | GAR | ~Canteen Date : 20200415 | $0.00 | $46.80 | $0.00 | $0.00 |
| 20200421 23:05 | AD - Automated Deposit | 37375035 | | GAR | ~GUZMAN MABEL,160 HARVEST MOON DR,LONGS,SC,29568 | $40.00 | $0.00 | $0.00 | $0.00 |
| 20200422 20:01 | PY - Payroll | 37379246 | | GAR | ~20200405 To 20200411 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200422 20:01 | PY - Payroll | 37379247 | | GAR | ~20200405 To 20200411 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200422 22:30 | CN - Canteen | 37382115 | | GAR | ~Canteen Date : 20200422 | $0.00 | $20.55 | $0.00 | $0.00 |
| 20200429 20:01 | PY - Payroll | 37402767 | | GAR | ~20200412 To 20200418 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200429 20:01 | PY - Payroll | 37402768 | | GAR | ~20200412 To 20200418 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200429 22:31 | CN - Canteen | 37405998 | | GAR | ~Canteen Date : 20200429 | $0.00 | $40.20 | $0.00 | $0.00 |
| 20200501 23:05 | AD - Automated Deposit | 37414176 | | GAR | ~Nicacio Tamra,9 cross st,Dudley,MA,01571 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20200506 20:01 | PY - Payroll | 37427508 | | GAR | ~20200419 To 20200425 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200506 20:01 | PY - Payroll | 37427509 | | GAR | ~20200419 To 20200425 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200506 22:30 | CN - Canteen | 37431257 | | GAR | ~Canteen Date : 20200506 | $0.00 | $44.50 | $0.00 | $0.00 |
| 20200508 15:13 | IS - Interest | 37442327 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20200508 15:13 | IS - Interest | 37442328 | | GAR | | $0.00 | $0.00 | $0.36 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20201013 14:04

Page :  2

| Commit# : | W107697 | NCCI GARDNER |
|---|---|---|
| Name  : | RIVERA, RAFAEL, J. | Statement From   20200401 |
| Inst  : | NCCI GARDNER | To   20201013 |
| Block  : | A BUILDING 2 | |
| Cell/Bed : | N24 /A | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20200511 23:05 | AD - Automated Deposit | 37455776 | | GAR | ~TORRES MABEL,160 HARVEST MOON DR,LONGS,SC,29568 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20200513 20:01 | PY - Payroll | 37464590 | | GAR | ~20200426 To 20200502 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200513 20:01 | PY - Payroll | 37464591 | | GAR | ~20200426 To 20200502 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200513 22:30 | CN - Canteen | 37467248 | | GAR | ~Canteen Date : 20200513 | $0.00 | $35.19 | $0.00 | $0.00 |
| 20200515 23:05 | AD - Automated Deposit | 37476467 | | GAR | ~TORRES MABEL,160 HARVEST MOON DR,LONGS,SC,29568 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20200517 23:05 | AD - Automated Deposit | 37477025 | | GAR | ~Beshai Lindsey Marie,32 Edgeworth St,Worcester,MA,01605 | $40.00 | $0.00 | $0.00 | $0.00 |
| 20200519 22:30 | CN - Canteen | 37484700 | | GAR | ~Canteen Date : 20200519 | $0.00 | $27.80 | $0.00 | $0.00 |
| 20200520 20:01 | PY - Payroll | 37489602 | | GAR | ~20200503 To 20200509 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200520 20:01 | PY - Payroll | 37489603 | | GAR | ~20200503 To 20200509 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200521 23:05 | AD - Automated Deposit | 37496560 | | GAR | ~Ortiz MIGUEL Angel,37 Prospect St Apt 3,Worcester,MA,01605 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20200526 23:05 | AD - Automated Deposit | 37504473 | | GAR | ~TORRES-GUZMAN MABEL,160 HARVEST MOON DR,LONGS,SC,29568 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20200527 20:01 | PY - Payroll | 37508911 | | GAR | ~20200510 To 20200516 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200527 20:01 | PY - Payroll | 37508912 | | GAR | ~20200510 To 20200516 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200527 22:30 | CN - Canteen | 37511928 | | GAR | ~Canteen Date : 20200527 | $0.00 | $57.45 | $0.00 | $0.00 |
| 20200603 20:01 | PY - Payroll | 37532519 | | GAR | ~20200517 To 20200523 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200603 20:01 | PY - Payroll | 37532520 | | GAR | ~20200517 To 20200523 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200603 22:30 | CN - Canteen | 37535647 | | GAR | ~Canteen Date : 20200603 | $0.00 | $81.35 | $0.00 | $0.00 |
| 20200610 20:01 | PY - Payroll | 37556068 | | GAR | ~20200524 To 20200530 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200610 20:01 | PY - Payroll | 37556069 | | GAR | ~20200524 To 20200530 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200610 22:30 | CN - Canteen | 37558831 | | GAR | ~Canteen Date : 20200610 | $0.00 | $30.10 | $0.00 | $0.00 |
| 20200611 23:05 | AD - Automated Deposit | 37564096 | | GAR | ~Nicacio Tamra,9 cross st,Dudley,MA,01571 | $140.00 | $0.00 | $0.00 | $0.00 |
| 20200615 15:33 | IS - Interest | 37574144 | | GAR | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20200615 15:33 | IS - Interest | 37574145 | | GAR | | $0.00 | $0.00 | $0.28 | $0.00 |
| 20200617 20:01 | PY - Payroll | 37591859 | | GAR | ~20200531 To 20200606 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200617 20:01 | PY - Payroll | 37591860 | | GAR | ~20200531 To 20200606 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200617 22:30 | CN - Canteen | 37594112 | | GAR | ~Canteen Date : 20200617 | $0.00 | $84.61 | $0.00 | $0.00 |
| 20200619 23:05 | AD - Automated Deposit | 37602875 | | GAR | ~Nicacio Tamra,9 cross st,Dudley,MA,01571 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20200621 23:05 | AD - Automated Deposit | 37603491 | | GAR | ~Nicacio Tamra,9 cross st,Dudley,MA,01571 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20200624 20:01 | PY - Payroll | 37615763 | | GAR | ~20200607 To 20200613 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200624 20:01 | PY - Payroll | 37615764 | | GAR | ~20200607 To 20200613 | $0.00 | $0.00 | $10.50 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20201013 14:04

Page : 3

| Commit# : | W107697 |
|---|---|
| Name : | RIVERA, RAFAEL, J. |
| Inst : | NCCI GARDNER |
| Block : | A BUILDING 2 |
| Cell/Bed : | N24 /A |

NCCI GARDNER

Statement From   20200401

To   20201013

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20200624 22:30 | CN - Canteen | 37618417 | | GAR | ~Canteen Date : 20200624 | $0.00 | $95.84 | $0.00 | $0.00 |
| 20200624 23:05 | AD - Automated Deposit | 37620194 | | GAR | ~GUZMAN MABEL,160 HARVEST MOON DR,LONGS,SC,29568 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20200701 20:01 | PY - Payroll | 37640235 | | GAR | ~20200614 To 20200620 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200701 20:01 | PY - Payroll | 37640236 | | GAR | ~20200614 To 20200620 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200701 22:30 | CN - Canteen | 37645189 | | GAR | ~Canteen Date : 20200701 | $0.00 | $97.80 | $0.00 | $0.00 |
| 20200708 20:01 | PY - Payroll | 37665082 | | GAR | ~20200621 To 20200627 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200708 20:01 | PY - Payroll | 37665083 | | GAR | ~20200621 To 20200627 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200709 22:31 | CN - Canteen | 37673525 | | GAR | ~Canteen Date : 20200709 | $0.00 | $79.74 | $0.00 | $0.00 |
| 20200711 23:05 | AD - Automated Deposit | 37680425 | | GAR | ~TORRES - GUZMAN MABEL ENID,3700 Gulf Colony Ln 20-E,Little River,SC,29566 | $175.00 | $0.00 | $0.00 | $0.00 |
| 20200713 15:28 | IS - Interest | 37687369 | | GAR | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20200713 15:28 | IS - Interest | 37687370 | | GAR | | $0.00 | $0.00 | $0.20 | $0.00 |
| 20200714 13:08 | AT - Account Transfer | 37696757 | | GAR | ~Hair Cut Fee 6/30/20~W107697 RIVERA,RAFAEL J PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20200714 13:08 | IC - Transfer from Inmate to Club A/c | 37696758 | | GAR | ~Hair Cut Fee 6/30/20~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20200715 20:01 | PY - Payroll | 37704416 | | GAR | ~20200628 To 20200704 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200715 20:01 | PY - Payroll | 37704417 | | GAR | ~20200628 To 20200704 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200715 22:30 | CN - Canteen | 37706918 | | GAR | ~Canteen Date : 20200715 | $0.00 | $100.66 | $0.00 | $0.00 |
| 20200718 23:05 | AD - Automated Deposit | 37708120 | | GAR | ~Nicacio Tannra,9 cross st,Dudley,MA,01571 | $150.00 | $0.00 | $0.00 | $0.00 |
| 20200722 20:01 | PY - Payroll | 37726091 | | GAR | ~20200705 To 20200711 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200722 20:01 | PY - Payroll | 37726092 | | GAR | ~20200705 To 20200711 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200722 22:30 | CN - Canteen | 37731377 | | GAR | ~Canteen Date : 20200722 | $0.00 | $88.53 | $0.00 | $0.00 |
| 20200727 14:13 | EX - External Disbursement | 37740060 | 83579 | GAR | ~WriteAPrisoner.com | $0.00 | $11.00 | $0.00 | $0.00 |
| 20200727 14:13 | MA - Maintenance and Administration | 37740062 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20200729 20:01 | PY - Payroll | 37748886 | | GAR | ~20200712 To 20200718 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200729 20:01 | PY - Payroll | 37748887 | | GAR | ~20200712 To 20200718 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200729 22:30 | CN - Canteen | 37754553 | | GAR | ~Canteen Date : 20200729 | $0.00 | $98.02 | $0.00 | $0.00 |
| 20200731 23:05 | AD - Automated Deposit | 37761893 | | GAR | ~Beshai Lindsey Marie,32 Edgeworth St,Worcester,MA,01605 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20200805 20:01 | PY - Payroll | 37772531 | | GAR | ~20200719 To 20200725 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200805 20:01 | PY - Payroll | 37772532 | | GAR | ~20200719 To 20200725 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200805 22:30 | CN - Canteen | 37777629 | | GAR | ~Canteen Date : 20200805 | $0.00 | $102.80 | $0.00 | $0.00 |
| 20200811 16:12 | IS - Interest | 37795233 | | GAR | | $0.07 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20201013 14:04**

Page : 4

| | |
|---|---|
| Commit# : | W107697 |
| Name : | RIVERA, RAFAEL, J. |
| Inst : | NCCI GARDNER |
| Block : | A BUILDING 2 |
| Cell/Bed : | N24 /A |

NCCI GARDNER

Statement From    20200401

To    20201013

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20200811 16:12 | IS - Interest | 37795234 | | GAR | | $0.00 | $0.00 | $0.17 | $0.00 |
| 20200812 20:01 | PY - Payroll | 37807580 | | GAR | ~20200726 To 20200801 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200812 20:01 | PY - Payroll | 37807581 | | GAR | ~20200726 To 20200801 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200812 22:30 | CN - Canteen | 37810890 | | GAR | ~Canteen Date : 20200812 | $0.00 | $62.32 | $0.00 | $0.00 |
| 20200813 13:05 | TC - Transfer from Inmate to Club A/c | 37814244 | | GAR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20200815 23:05 | AD - Automated Deposit | 37820959 | | GAR | ~Castillo-torres Areli,1 Denny St Apt 2,Worcester,MA,01609 | $140.00 | $0.00 | $0.00 | $0.00 |
| 20200816 23:05 | AD - Automated Deposit | 37821206 | | GAR | ~TORRES - GUZMAN MABEL ENID,3700 Gulf Colony Ln 20-E,Little River,SC,29566 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20200819 20:01 | PY - Payroll | 37832226 | | GAR | ~20200802 To 20200808 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200819 20:01 | PY - Payroll | 37832227 | | GAR | ~20200802 To 20200808 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200819 22:30 | CN - Canteen | 37836099 | | GAR | ~Canteen Date : 20200819 | $0.00 | $54.80 | $0.00 | $0.00 |
| 20200825 23:05 | AD - Automated Deposit | 37851495 | | GAR | ~Castillo-torres Areli,1 Denny St Apt 2,Worcester,MA,01609 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20200826 20:01 | PY - Payroll | 37856458 | | GAR | ~20200809 To 20200815 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200826 20:01 | PY - Payroll | 37856459 | | GAR | ~20200809 To 20200815 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200826 22:31 | CN - Canteen | 37860308 | | GAR | ~Canteen Date : 20200826 | $0.00 | $99.29 | $0.00 | $0.00 |
| 20200828 23:05 | AD - Automated Deposit | 37867809 | | GAR | ~Hackett Heather Marie,5 Fairbanks St Apt 1,Worcester,MA,01610 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20200901 22:30 | CN - Canteen | 37874834 | | GAR | ~Canteen Date : 20200901 | $0.00 | $68.52 | $0.00 | $0.00 |
| 20200902 20:01 | PY - Payroll | 37880704 | | GAR | ~20200816 To 20200822 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200902 20:01 | PY - Payroll | 37880705 | | GAR | ~20200816 To 20200822 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200906 23:05 | AD - Automated Deposit | 37892111 | | GAR | ~TORRES - GUZMAN MABEL ENID,3700 Gulf Colony Ln 20-E,Little River,SC,29566 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20200909 20:01 | PY - Payroll | 37899635 | | GAR | ~20200823 To 20200829 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200909 20:01 | PY - Payroll | 37899636 | | GAR | ~20200823 To 20200829 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200909 22:30 | CN - Canteen | 37904387 | | GAR | ~Canteen Date : 20200909 | $0.00 | $60.05 | $0.00 | $0.00 |
| 20200910 16:26 | IS - Interest | 37911934 | | GAR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20200910 16:26 | IS - Interest | 37911935 | | GAR | | $0.00 | $0.00 | $0.14 | $0.00 |
| 20200914 10:57 | TC - Transfer from Inmate to Club A/c | 37925787 | | GAR | ~Media/Tablet Order~MUSIC PLAYER WASH ACCOUNT - Z228~MUSIC PLAYER WASH ACCOUNT - Z228 | $0.00 | $9.56 | $0.00 | $0.00 |
| 20200916 20:01 | PY - Payroll | 37934647 | | GAR | ~20200830 To 20200905 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200916 20:01 | PY - Payroll | 37934648 | | GAR | ~20200830 To 20200905 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200916 22:30 | CN - Canteen | 37938056 | | GAR | ~Canteen Date : 20200916 | $0.00 | $53.47 | $0.00 | $0.00 |
| 20200919 23:05 | AD - Automated Deposit | 37947868 | | GAR | ~TORRES - GUZMAN MABEL ENID,3700 Gulf Colony Ln 20-E,Little River,SC,29566 | $50.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20201013 14:04

Page : 5

| Commit# : | W107697 | | NCCI GARDNER |
|---|---|---|---|
| Name : | RIVERA, RAFAEL, J. | Statement From | 20200401 |
| Inst : | NCCI GARDNER | To | 20201013 |
| Block : | A BUILDING 2 | | |
| Cell/Bed : | N24 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20200923 20:01 | PY - Payroll | 37958074 | | GAR | ~20200906 To 20200912 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200923 20:01 | PY - Payroll | 37958075 | | GAR | ~20200906 To 20200912 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20200923 22:30 | CN - Canteen | 37960591 | | GAR | ~Canteen Date : 20200923 | $0.00 | $100.71 | $0.00 | $0.00 |
| 20200926 23:05 | AD - Automated Deposit | 37971940 | | GAR | ~Castillo-torres Areli,1 Denny St Apt 2,Worcester,MA,01609 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20200929 22:30 | CN - Canteen | 37979355 | | GAR | ~Canteen Date : 20200929 | $0.00 | $73.90 | $0.00 | $0.00 |
| 20200930 20:01 | PY - Payroll | 37984784 | | GAR | ~20200913 To 20200919 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20200930 20:01 | PY - Payroll | 37984785 | | GAR | ~20200913 To 20200919 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20201001 22:30 | CN - Canteen | 37991223 | | GAR | ~Canteen Date : 20201001 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20201003 23:05 | AD - Automated Deposit | 37994126 | | GAR | ~TORRES - GUZMAN MABEL ENID,3700 Golf Colony Ln 20-E,Little River,SC,29566 | $85.00 | $0.00 | $0.00 | $0.00 |
| 20201007 20:01 | PY - Payroll | 38005907 | | GAR | ~20200920 To 20200926 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20201007 20:01 | PY - Payroll | 38005908 | | GAR | ~20200920 To 20200926 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20201007 22:30 | CN - Canteen | 38008731 | | GAR | ~Canteen Date : 20201007 | $0.00 | $76.57 | $0.00 | $0.00 |
| | | | | | | $2,160.83 | $1,903.43 | $295.68 | $1.50 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $329.56 | $1,118.47 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $329.56 | $1,118.47 | $0.00 | $0.00 | $0.00 | $0.00 |

AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts | |
|---|---|---|
| Name (under which you were convicted): <br> Rafael Rivera | | Docket or Case No.: <br> FAR26856 |
| Place of Confinement : <br> NCCI Gardner | Prisoner No.: <br> W107697 | |
| Petitioner (include the name under which you were convicted) <br> Rafael Rivera | v. | Respondent (authorized person having custody of petitioner) <br> Matthew Divris |
| The Attorney General of the State of: | | |

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Worcester Superior Court Worcester MA

    (b) Criminal docket or case number (if you know):   1185-CR-01042

2.  (a) Date of the judgment of conviction (if you know):   03/02/2016

    (b) Date of sentencing:   03/02/2016

3.  Length of sentence:   One life sentence with concurrent sentences of three years

4.  In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    Murder (second degree)

    Carry firearm without license

    Firearm violation with one prior violent drug/crime (2 counts)

    Possession of ammunition without FID card

6.  (a) What was your plea? (Check one)

    ☐ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty              ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

     ☑ Jury    ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

     ☐ Yes   ☑ No

8.   Did you appeal from the judgment of conviction?

     ☑ Yes   ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:   Appeals Court

(b) Docket or case number (if you know):   18-P-127

(c) Result:   Judgements affirmed

(d) Date of result (if you know):   05/09/2019

(e) Citation to the case (if you know):   Commonwealth v. Rivera, 482 Mass. 1107 (2019)

(f) Grounds raised:   1. Evidence insufficient to support conviction

2. Erroneous admission of prejudicial testimony

3. Improper opening statement and closing argument with reference to facts not in evidence

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

    If yes, answer the following:

    (1) Name of court:   Supreme Judicial Court

    (2) Docket or case number (if you know):   FAR 26856

    (3) Result:   Further appellate review denied.

AO 241 (Rev. 09/17)

(4) Date of result (if you know):   07/31/2019

(5) Citation to the case (if you know):   482 Mass. 1107 (2019)

(6) Grounds raised:   Insufficiency of the evidence to support a conviction.

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☑ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result:

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes      ☐   No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes    ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ❏ Yes    ❏ No

(2) Second petition:   ❏ Yes    ❏ No

(3) Third petition:    ❏ Yes    ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   Conviction violated the petitioner's right to due process where the evidence was legally

insufficient to support the verdict of guilty.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

There was no evidence that the defendant participated in the shooting or that he shared the shooter's intent.

Testimony about a statement between co-defendants was erroneously admitted.

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏   Yes     ❏   No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏   Yes     ❏   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ❏ Yes    ❏ No

(4) Did you appeal from the denial of your motion or petition?    ❏ Yes    ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏ Yes    ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❐  Yes       ❐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

     ❐  Yes       ❐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                          ❐  Yes       ❐  No

(4) Did you appeal from the denial of your motion or petition?                     ❐  Yes       ❐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❐  Yes       ❐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ❏   Yes          ❏   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏   Yes          ❏   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?                                                ❏  Yes         ❏  No

(4) Did you appeal from the denial of your motion or petition?                                        ❏  Yes         ❏  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?        ❏  Yes         ❏  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?   ☑ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: _____

        _____

        _____

        _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        _____

        _____

        _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐ Yes   ☑ No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available. _____

    _____

    _____

    _____

    _____

    _____

    _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised. _____

    _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Randall K. Power _____

_____

(b) At arraignment and plea:   Randall K. Power _____

_____

(c) At trial:   Randall K. Power _____

_____

(d) At sentencing:   Randall K. Power _____

_____

(e) On appeal:   Ira S. Alkalay _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?          ☐ Yes   ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The petition is timely. _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
        custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)     the date on which the judgment became final by the conclusion of direct review or the expiration
                of the time for seeking such review;

        (B)     the date on which the impediment to filing an application created by State action in violation of
                the Constitution or laws of the United States is removed, if the applicant was prevented from
                filing by such state action;

        (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court,
                if the right has been newly recognized by the Supreme Court and made retroactively applicable to
                cases on collateral review; or

        (D)     the date on which the factual predicate of the claim or claims presented could have been
                discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
        respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
        under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Vacate the judgment of conviction and order that

all counts of the indictment be dismissed.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on   10/15/20   (month, date, year).

Executed (signed) on   10/15/20   (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____